IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHAWNTAE JONES, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | |
| ) | 1:13-CV-01823-ODE-JCF |
| PARS CAR SALES, INC., F/K/A ) | |
| TRIPLE Z, INC., D/B/A PARS CARS, ) | |
| ) | |
| DEFENDANT. ) | |

**PLAINTIFF'S MOTION *IN LIMINE*
TO EXCLUDE PRIOR DISCRIMINATION COMPLAINTS**

COMES NOW Plaintiff, by and through counsel, and files this Motion *in Limine* to exclude any questioning, testimony, evidence or other reference to Plaintiff complaining of discrimination to a prior employer and/or filing an EEOC Charge against a prior employer.

In approximately 2008 or 2009 Plaintiff complained about race discrimination to her employer, Gymboree, and subsequently filed an EEOC Charge. *See* Pl. Dep (Doc 27) at 88-90.[1]  There can be no doubt that prior internal complaints of discrimination to a different employer and EEOC Charges arising

---

[1] Ms. Jones did not pursue her claim against Gymboree after the EEOC issued its "no cause" determination.

therefrom have no relevance to the issues involved in the instant case. In addition, to allow Defendant to introduce any information about prior discrimination complaints or EEOC Charges during trial will unfairly prejudice Plaintiff because such information may create in the minds of the jury the false impression that Ms. Jones files administrative charges against all of her employers in an attempt to seek financial gain.

For these reasons, any such evidence pertaining to Plaintiff's complaints about discrimination or EEOC Charges against former employers should be excluded from trial pursuant to Fed. R. Evid. 401 and 403.[2]

Respectfully submitted this 18th day of January, 2016.

s/ Julie M. Weiner, Esq.
Georgia Bar No. 246226
**Attorney for Plaintiff**

P.O. Box 669402
Marietta, GA 30066
Telephone:  (770) 579-9787
Facsimile:  (678) 623-8090
Email: JulieMWeiner@aol.com

---

[2] *See See Gage v. Metropolitan Water Reclamation Dist. of Greater Chicago*, Case No. 02 C 9369, 2005 WL 899473, *4  (N.D.Ill. 2005) (Excluding as not relevant "evidence of an unadjudicated 1997 EEOC charge of promotion discrimination" in a Title VII racial discrimination, hostile work environment and retaliation case). *See also See also McLeod v. Parsons Corp.*, Case Nos. 01-6070, 01-6071, 2003 WL 22097841 at *7 (6th Cir.  Sept. 5, 2003) (Excluding evidence concerning the other employment discrimination lawsuits filed against the Defendant under Fed. R. Evid. 403 because there was no clear nexus between those lawsuits and the case at hand).

3

                                                     **J. Stephen Mixon, Esq.**
                                                     Georgia Bar No. 514050
                                                     **Attorney for Plaintiff**

MILLAR & MIXON, LLC
1691 Phoenix Blvd., Ste 150
Atlanta, Georgia 30349
Phone: (770) 955-0100
Fax: (678) 999-5039
steve@mixon-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 18th, 2016, I electronically filed the foregoing MOTION *IN LIMINE* TO EXCLUDE PRIOR DISCRIMINATION COMPLAINTS with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Larry Stine
Wimberly, Lawson, Steckel, Schneider & Stine P.C
jls@wimlaw.com

Kathleen Jennings
Wimberly, Lawson, Steckel, Schneider & Stine P.C
kjj@wimlaw.com

                                                        **s/ Julie M. Weiner, Esq.**
                                                        Georgia Bar No. 246226
                                                        **Attorney for Plaintiff**

P.O. Box 669402
Marietta, GA 30066
Telephone:  (770) 579-9787
Facsimile:  (678) 623-8090
Email: JulieMWeiner@aol.com