# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:13-cv-01823-ODE
### Jones v. Triple Z, Inc.
### Honorable Orinda D. Evans

Minute Sheet for proceedings held In Open Court on 02/01/2016.

TIME COURT COMMENCED: 10:15 A.M.
TIME COURT CONCLUDED: 4:55 P.M.        COURT REPORTER: Andy Ashley
TIME IN COURT: 5:40                    DEPUTY CLERK: Vicki Hanna
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Kathleen Jennings representing Triple Z, Inc.
J. Mixon representing Shawntae Jones
James Stine representing Triple Z, Inc.
Julie Weiner representing Shawntae Jones

PROCEEDING CATEGORY: Jury Trial Began;

MOTIONS RULED ON:
[81]Motion in Limine GRANTED
[82]Motion in Limine DENIED
[83]Motion in Limine GRANTED
[84]Motion in Limine GRANTED
[85]Motion in Limine DENIED
[86]Motion in Limine GRANTED
[87]Motion in Limine DEFERRED
[88]Motion in Limine DENIED

MINUTE TEXT: Jury selection. Opening statements. Plaintiff's evidence: 1) Shawntae Jones, sworn; P-41, 37, 59, 24, 27, 34, ADMITTED.

HEARING STATUS: Hearing not concluded. Court adjourned and will reconvene at 9:30 a.m., February 2, 2016. Jurors excused until the above time under the usual caution of the Court.

TRIAL STATUS: Evidence Entered, continued